UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **LOW LIN SAEPHARN,** | ) |
| Petitioner, | ) Case No. SACV 12-293-TJH (AJW) |
| v. | ) |
| | ) JUDGMENT |
| **HOLDER, et al.,** | ) |
| Respondents. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed as moot.

Dated: April 27, 2012

_____
Terry J. Hatter, Jr.
United States District Judge